# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: GARY L. SHULL & SHARON K. SHULL  Case Number: 05-74651
1456 WOODCREEK BEND  SSN-xxx-xx-2093 & xxx-xx-9855
ROCKFORD, IL  61108

Case filed on: 9/8/2005
Plan Confirmed on: 3/10/2006

C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $44,728.13    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY GARY C FLANDERS | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
|  | Total Legal | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
| 999 | GARY L. SHULL | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMERICAN HONDA FINANCE CORPORATION | 21,624.57 | 0.00 | 0.00 | 0.00 |
| 002 | TCF NATIONAL BANK | 67,797.27 | 0.00 | 0.00 | 0.00 |
| 003 | TCF NATIONAL BANK | 11,096.91 | 0.00 | 0.00 | 0.00 |
| 011 | AMERICAN HONDA FINANCE CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 100,518.75 | 0.00 | 0.00 | 0.00 |
| 004 | BECKET & LEE, LLP | 2,002.61 | 2,002.61 | 1,048.41 | 0.00 |
| 005 | ECAST SETTLEMENT CORPORATION | 12,691.02 | 12,691.02 | 6,644.02 | 0.00 |
| 006 | ECAST SETTLEMENT CORPORATION | 12,628.42 | 12,628.42 | 6,611.26 | 0.00 |
| 007 | LVNV FUNDING LLC | 21,541.62 | 21,541.62 | 11,277.51 | 0.00 |
| 008 | ECAST SETTLEMENT CORPORATION | 6,333.77 | 6,333.77 | 3,315.87 | 0.00 |
| 009 | OSF ST ANTHONY MEDICAL CENTER | 142.00 | 142.00 | 74.34 | 0.00 |
| 010 | PORTFOLIO RECOVERY ASSOCIATES | 18,342.28 | 18,342.28 | 9,602.58 | 0.00 |
| 012 | ROCKFORD MERCANTILE AGENCY INC | 1,900.00 | 1,900.00 | 994.69 | 0.00 |
|  | Total Unsecured | 75,581.72 | 75,581.72 | 39,568.68 | 0.00 |
|  | Grand Total: | 178,300.47 | 77,781.72 | 41,768.68 | 0.00 |

Total Paid Claimant: $41,768.68
Trustee Allowance: $2,959.45
Percent Paid Unsecured: 52.35

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2009        By  /s/Heather M. Fagan